

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00551-CV

_____

IN RE DARRYL HEFFNER, Relator

---

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court Nos. CV24-00216, CV21-00248

---

Before Wallach, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion to stay and is of the opinion that both should be denied. Accordingly, relator's petition for writ of mandamus and motion for stay are denied.

Per Curiam

Delivered:  December 9, 2024